FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_Western_ DIVISION

CASE NO. 4:16-cv-198 KGB-J

Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: Toney Allen Pilkington
    ADC# 113462
    Address: Cummins Unit P.O Box 500 Grady AR 71644-0500

    Name of plaintiff: _____
    ADC# _____
    Address: _____

    This case assigned to District Judge Baker
    and to Magistrate Ray

    Name of plaintiff: _____
    ADC# _____
    Address: _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Sgt. Parker T
    Position: Sergeant
    Place of employment: Saline Co. Jail
    Address: 735. South Neely Street Benton AR 72015

    Name of defendant: Corporal Cole
    Position: Corporal
    Place of Employment: 735 South Neely Street Benton AR 72015
    Saline Co Jail

*Not sure of their home address*

Address: 735 S. Neely Benton AR 72015

Name of defendant: Nurse Amanda ? last name unknown

Position: Nurse at Jail

Place of Employment: Saline Co Jail

Address: 735. S. Neely Benton AR 72015

Name of defendant: Sheriff Wright

Position: Sheriff

Place of Employment: Saline Co Sheriffs Office

Address: 735. S. Neely Benton AR 72015

Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous Lawsuits

Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No  X

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

Parties to previous lawsuit

Plaintiffs: _____

Defendants: _____

Court (if federal court, name the district; if state court, name the county):

Name of defendant: Sgt. Fullerton
Position: Sergeant
Place of employment: Saline Co Jail
Address: 735 S. Neely Benton AR 72015

Not sure Address of home?

Docket Number: _____

Name of judge to whom case was assigned: _____

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

IV. Place of present confinement: __ADC Cummins Unit__
P.O. Box 500 Grady AR 71644-0500

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: __parole violation__
__awaiting transport to ADC__

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__   No _____

Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __X__   No _____

If not, why? _____

_____

VII. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On febuary 23, 2016 at aproxmily 7:30 PM there was an altercation between myself Toney Pilkington and inmate, name Redding first name unknown at this point Cpl. Cole on the shift at that time tazzed both Myself and Redding. I was shot through my right ear and in the stomach, After Cpl. Cole and C.O. Shellnut escorted us from the pod to the hallway, we all noticed my index finger was visibley broken, I had also, had an bole movement and urineated on myself do to being tazzed, I then asked Cpl. Cole at that point were they going to take me to the hospital or to see a doctor, and Nurse Amanda "Last name unknown" Spoke up saying that I would have to sit through the night in pain On the way to Segration Cpl. Cole stated he would contact Sgt. fullerton and ask her what should be done. After he spoke with her, he told me she said to give me Ibuprofen which did not help or fix the broken finger I kept telling them all through the night I was in pain. Cpl. Cole did take pitures every few hour through the night on my hand. The next day febuary 24 2016 I still had not seen a doctor or had proper Medical attention, So at that point I filed a grievance, which I do have, Sgt. Parkers response was: on the 2-24-2016 she stated: "X-rays has been ordered and medical needs have been attended to until the X-ray shows up, we cant move any further- we need the results first- your finger would not be broke if you would not been fighting" Signed Sgt Parker 802
I did not ask why my finger was broke, I asked for proper Medical care

She was being buest at that point. On Aproxmily 2-26-2016, a whole three day later, Moble X-ray Unit did X ray and conform my finger broken. by this point healing prossess is taking place. The same afternoon 2-26-16 Nurse Amanda tryed to force a splint on my disfigered finger it hurt so bad, I started to cry, I could not stay still at that point, she got frustrated and handed me a clipboard, I ask what it was and she told me to sign the refusel, I told her I was not refusing medical attention, that I could not handle the pain she was causing me, so I asked why they could not take me to the hospital to get the proper Medical help I needed, they told me I would have to have Medical insurance. So I had my girlfriend Joyce Moody bring my health card to the jail, and still did not get to go to the doctor. On febuary 28, 2016 Sgt. Parker took me to

"See attachment"

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like Saline County to Revise thier Medical Policies concerning serious injuries. I would like Monetary Relief in the sum of $100,000.00 to cover medical specialists, radiologist and orthopedic care. I would also like a Policy implemented to require employees at the jail to contact an actual Doctor each time an inmate suffers from an injury.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  22  day of  March , 20 16 .

Every thing in this document, that has been stated is true.

*Toney Allen Pilkington*
(Signature(s) of plaintiff(s))

"Continue Attachmen"

the Nurses station and had my hand wraped in an acebandage. I then asked was I going to get to see a doctor or not, both Sgt. Parker and Nurse Amanda told me that I would get to see Dr. Stage from the heart hospital on March the 8th when he came to the jail.
March 8 2016 Dr Stage did see me at the jail, and he looked at my disfigered finger and stated, that it was to late for him to do anything, that I should have been seen at a hospital the day it happened, that if he tryed to fix it it could cause more damage.;
He also stated that I would need to see a hand or bone doctor, to have it fixed, So Saline Co. would not have to deal with the hassel they had me fast tracked to ADC the next day March 9th 2016. upon arriving at the ADC, I begin to collect the proper paper work to begin filing this civil claim